# BRISTOL COUNTY.

———◆———

### STATE *vs.* WILLIAM FEENY.

A criminal complaint charged the illegal sale of intoxicating liquors to one William Shepard. The evidence showed a sale to William Hezekiah Shepard.
*Held*, no variance.

EXCEPTIONS to the Court of Common Pleas.

*March* 6, 1882. PER CURIAM. This is a complaint for the illegal selling of intoxicating liquors. The complaint charges that the defendant sold to "one William Shepard;" whereas the testimony given by Shepard was that his name is William Hezekiah Shepard. The question is whether the court below ought to have directed a verdict for the defendant by reason of the variance. The defendant cites cases which hold that the middle name is indispensable. *Commonwealth* v. *Perkins*, 1 Pick. 388; *Commonwealth* v. *Hall*, 3 Pick. 262. Other cases, more in number, hold that the middle name is a superfluity and may be safely omitted. *Edmunson* v. *State*, 17 Ala. 179; *State* v. *Martin*, 10 Mo. 391; *State* v. *Smith*, 12 Ark. 622; *Miller* v. *The People*, 39 Ill. 457;

*State* v. *Manning*, 14 Texas, 402 ; *People* v. *Cook*, 14 Barb. S. C. 259 ; *Franklin* v. *Talmadge*, 5 Johns. Rep. 84 ; *Hart* v. *Lindsey*, 17 N. H. 235 ; *State* v. *Williams*, 20 Iowa, 98 ; *Price* v. *State*, 19 Ohio, 423 ; *State* v. *Hughes*, 1 Swan (Tenn.), 261 ; 18 Albany Law Journal, 126. - The latter is the view which we understand has prevailed in this State, though it has not the sanction of any reported decision. We think it is a reasonable view. In this country the middle name is seldom used in common parlance, and even in writing is generally belittled to an initial. For the purposes of designation, " William Shepard " and " William Hezekiah Shepard " are the same name, the addition of Hezekiah making it simply fuller not different. We think, therefore, that the exception must be overruled, and the case remanded for sentence.

*Exceptions overruled.*

*Samuel P. Colt*, Assistant Attorney General, for plaintiff.
*George J. West*, for defendant.